UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 18-17-DLB-REW

BENNY E. MCKENZIE                                                PETITIONER

vs.            **ORDER ADOPTING REPORT AND RECOMMENDATION**

POWELL COUNTY DETENTION CENTER                RESPONDENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Robert E. Wier (Doc. # 13), wherein he recommends that Petitioner Benny E. McKenzie's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. # 1) be denied without prejudice, with no certificate of appealability to issue. Petitioner having failed to file any Objections to Judge Wier's R&R, and the time to do so having now expired, the R&R is ripe for review.

The Court having reviewed the R&R, and concluding that it is sound in all respects, and being otherwise sufficiently advised;

**IT IS ORDERED** as follows:

(1) Magistrate Judge Wier's Report and Recommendation (Doc. # 13) is hereby **adopted** as the findings of fact and conclusions of law of the Court;

(2) Petitioner Benny E. McKenzie's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. # 1) is hereby **denied**;

(3) For the reasons set forth in Magistrate Judge Wier's Report and Recommendation (Doc. # 13), **no certificate of appealability shall issue**;

1

(4)     This matter is **dismissed** and **stricken** from the Court's active docket; and

(5)     A Judgment shall be entered contemporaneously herewith.

This 2nd day of May, 2018.



K:\DATA\ORDERS\PikeCivil\2018\18-17 Order adopting R&R on 2254 Petition.docx